■ 1009 SECOND AVENUE ASSOCIATES, Respondent, v BENENSON CAPITAL COMPANY et al., Appellants. (And Other Actions.) [668 NYS2d 351] —Order, Supreme Court, New York County (Louise Gruner Gans, J.), entered March 25, 1997, which, insofar as appealed from as limited by defendants-appellants' brief, granted plaintiff's motion to compel compliance with items 1, 4, 5 and 6 of its supplemental notice of discovery and inspection, unanimously modified, on the law and the facts, to the extent of denying the motion as to documents requested in items 4, 5 and 6, and otherwise affirmed, without costs.

The record fails to support the motion court's determination that the disclosure of documents requested in items 4, 5, and 6 of plaintiff's supplemental notice for discovery and inspection are material and necessary to plaintiff's action. Indeed, plaintiff did not attempt to justify its request for these materials on the motion. Concur—Sullivan, J. P., Williams, Tom and Andrias, JJ.